IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. SRINIVAS GARIMELLA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF REGENTS OF THE ) <br> UNIVERSITY OF GEORGIA; ) <br> STATE OF GEORGIA; GEORGIA ) <br> INSTITUTE OF TECHNOLOGY; ) <br> PRESIDENT ANGEL CABRERA; ) <br> DANETTE JOSLYN-GAUL; and ) <br> JANE/JOHN DOES 1-3, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. <br><br> _____ |

### DISTRICT COURT NOTICE OF REMOVAL

**TO: The Judges of the United States District Court for the Northern District of Georgia, Atlanta Division**

COME NOW Board of Regents of the University System of Georgia ("USG"), State of Georgia; Georgia Institute of Technology ("Georgia Tech"); President Angel Cabrera; and Danette Joslyn-Gaul, Defendants in the above-styled action, by and through counsel, the Attorney General of the State of Georgia, and pursuant to 28 U.S.C. §§ 1441 and 1446, within the time prescribed by law, file

1

this Notice of Removal. Defendants file this notice subject to and without waiving any defenses available to it under state and federal law. Defendants respectfully show the Court as follows:

1.

On November 22, 2023, Plaintiff Dr. Srinivas Garimella filed in Fulton County Superior Court a civil action against Defendants. The lawsuit arises from an alleged breach of Plaintiff's employment contract as a tenured professor at Georgia Tech. Specifically, Plaintiff alleges Defendants notified him in September 2023 that he was being put on administrative leave for allegations regarding his conduct and potential violations of Georgia Tech and USG policy without disclosing to him the allegations or potential charges against him or the identity of the complainant, and, thus, not affording him due process.

2.

Plaintiff's action asserts breach of contract under Georgia law against Defendants USG and Georgia Tech; seeks declaratory judgment against the State of Georgia pursuant to the Constitution of the State of Georgia; and alleges, pursuant to 42 U.S.C. § 1983, Defendants President Angel Cabrera and Danette Joslyn-Gaul violated his due process rights under the Fourteenth Amendment to the United States Constitution. Said action was designated as:

DR. SRINIVAS GARIMELLA, Plaintiff v. BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; STATE OF GEORGIA; GEORGIA INSTITUTE OF TECHNOLOGY, DR. ANGEL CABRERA; DANETTE JOSLYN-GAUL, and JANE/JOHN DOES 1-3, Defendants. In The Superior Court of Fulton County, State of Georgia, Civil Action No. 2023CV389158.

Copies of Plaintiff's Complaint, the summons, and the case initiation form are attached as Exhibits "A," "B, and "C," respectively.

3.

On November 27, 2023, for each named Defendant, Plaintiff's counsel electronically mailed to Defendants' counsel a waiver packet containing a Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of Service of Summons form, and a stamped-filed copy of the Plaintiff's Complaint.[1] A copy of each named Defendant's Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons form is attached as Exhibit "D."

4.

Defendants USG, State of Georgia, President Angel Cabrera, and Danette Joslyn-Gaul waived service of summons on December 27, 2023, and Defendants' counsel electronically mailed the executed waivers to Plaintiff's counsel the same

---

[1] In Paragraph 9 of the Complaint, Plaintiff asserts he reserves the right to add additional defendants "John/Jane Does 1-3" upon receipt of information from Defendants that Plaintiff alleges Defendants have unlawfully withheld from him.

day.[2]  A copy of the waivers executed by Defendants USG, State of Georgia, President Angel Cabrera, and Danette Joslyn Gaul are attached as Exhibits "E," "F," "G," and "H," respectively.

5.

Plaintiff is seeking various forms of relief for alleged pecuniary and non-pecuniary damages, including back and front pay, compensatory damages, equitable and injunctive relief, declaratory judgment, attorney's fees, costs of litigation, and trial by jury. (Complaint, Ex. "A," at Prayer for Relief).

6.

Plaintiff's due process claim presents a federal question over which this Court has original subject matter jurisdiction under the provision of 28 U.S.C. § 1331, and, accordingly, is one which may be removed to this Court pursuant to 28 U.S.C. §1441(a) and (c). (*Id.* at Count II and ¶¶ 29-31).

7.

Defendant attaches Exhibit "I," which is a true and accurate copy of the Superior Court Notice of Filing *to be* filed in the Superior Court of Fulton County, State of Georgia.

---

[2] Defendant Georgia Tech did not waive service of summons because it is a unit institution of Defendant USG and, therefore, is not an entity capable of being sued. See *Bd. of Regents of the Univ. Sys. of Ga. v. Doe*, 278 Ga. App. 878, 630 S.E.2d 85 (2006).

8.

Exhibits "A" through "I" constitute all process, pleadings, and orders, which have been served upon or received by Defendants or which have been filed or will be filed in the Superior Court of Fulton County, State of Georgia.

9.

Defendants USG, Georgia Tech, State of Georgia, President Angel Cabrera, and Danette Joslyn-Gaul consent to and submit the removal of this action within 30 days of the date that Plaintiff provided notice of his Complaint to each named Defendant by emailing the waiver packets to Defendants' attorney. Defendants also consent to this notice subject to and without waiving any defenses available to the Defendants under state or federal law.

WHEREFORE, Defendants move that this Notice of Removal be filed, that said action be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, so that no further proceedings may be had in said case in the Superior Court of Fulton County, State of Georgia.

Respectfully submitted, this 27th day of December, 2023.

        CHRISTOPHER M. CARR    112505
        Attorney General

        BRYAN K. WEBB    743580
        Deputy Attorney General

|  |  |
|---|---|
| KATHERINE P. STOFF | 536807 |
| Senior Assistant Attorney General | |

*/s/Kimberly Blue Lewis*
KIMBERLY BLUE LEWIS          451925
Senior Assistant Attorney General

*Attorneys for Defendants*
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3538
klewis@law.ga.gov

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I have caused to be served the within and foregoing **DISTRICT COURT NOTICE OF REMOVAL** on the same day as filing the same, by depositing a copy thereof with FedEx or in the U.S. Mail or both, properly packaged and addressed to the following:

> Julie Oinonen
> Williams Oinonen LLC
> 3444 Peachtree Rd. N.E. | Suite 800
> Atlanta, Georgia 30326-4807

This 27th day of December, 2023,

> */s/Kimberly Blue Lewis*
> KIMBERLY BLUE LEWIS          451925
> Senior Assistant Attorney General
> Department of Law, State of Georgia
> 40 Capitol Square, S.W.
> Atlanta, Georgia  30334-1300
> Tel:  404-458-3538
> Email: klewis@law.ga.gov