

# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303
## SUMMONS

DR. SRINIVAS GARIMELLA

**Plaintiff,**

vs.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; STATE OF GEORGIA; GEORGIA INSTITUTE OF TECHNOLOGY; PRESIDENT ANGEL CABRERA; DANETTE JOSLYN-GAUL; and JANE/JOHN DOES 1-3

**Defendant**

Case No.: 2023CV389158

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

> Julie Oinonen
> Williams Oinonen LLC
> 3344 Peachtree Road NE, Suite 800
> Atlanta, GA 30326-4807

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This  11/22/2023  day of _____, 20 _____

Honorable Ché Alexander, Clerk of Superior Court

By _____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20 _____

Deputy Sherriff

**Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used**