### IN THE SUPERIOR COURT OF FULTON COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| DR. SRINIVAS GARIMELLA, | |
| *Plaintiff,* | Civil Action No. 2023CV389158 |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; STATE OF GEORGIA; GEORGIA INSTITUTE OF TECHNOLOGY; PRESIDENT ANGEL CABRERA; DANETTE JOSLYN-GAUL; and JANE/JOHN DOES 1-3, | |
| *Defendants.* | |

### NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:   Defendant Board Of Regents Of The University System Of Georgia
c/o Katherine Stoff, Senior Assistant Attorney General: Section Chief
Office of the Attorney General Chris Carr
Government Services & Employment
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
*via email to kstoff@law.ga.gov*

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. The complaint has been filed in the Superior Court for the State of Georgia in and for the County of Fulton and has been assigned case number 2023CV389158.

This is not a formal summons or notification from the court, but rather my request pursuant to Code Section 9-11-4 of the Official Code of Georgia Annotated that you sign and return the enclosed Waiver of Service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days (or 60 days if located outside any judicial district of the United States) after the date designated below as the date on which this Notice of Lawsuit and Request for Waiver of Service of Summons is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the Waiver of Service is also attached for your records. YOU ARE ENTITLED TO CONSULT WITH YOUR ATTORNEY REGARDING THIS MATTER.

1

If you comply with this request and return the signed Waiver of Service, the waiver will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed except that you will not be obligated to answer or otherwise respond to the complaint within 60 days from the date designated below as the date on which this notice is sent (or within 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Georgia Rules of Civil Procedure and then, to the extent authorized by those rules, I will ask the court to require you (or the party on whose behalf you are addressed) to pay the full cost of such service. In that connection, please read the statement concerning the duty of parties to avoid unnecessary costs of service of summons, which is set forth on the Notice of Duty to Avoid Unnecessary Costs of Service of Summons enclosed herein.

I affirm that this Notice of Lawsuit and Request for Waiver of Service of Summons is being sent to you on behalf of the Plaintiff on this 28th day of November 2023.
.

**WILLIAMS OINONEN LLC**

/s/ JULIE OINONEN
Julie Oinonen
Ga. Bar No. 722018

3344 Peachtree Rd NE, Suite 800
Atlanta, Georgia 30326-4807
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com
*Counsel for Plaintiff Dr. Srinivas Garimella*

## <u>NOTICE OF DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS</u>

Subsection (d) of Code Section 9-11-4 of the Official Code of Georgia Annotated requires certain parties to cooperate in saving unnecessary costs of service of the summons and the pleading. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for such defendant's failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and also must file a signed copy of the response with the court. If the answer is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DR. SRINIVAS GARIMELLA,

     *Plaintiff,*

v.

BOARD OF REGENTS OF THE UNIVERSITY
SYSTEM OF GEORGIA;
STATE OF GEORGIA;
GEORGIA INSTITUTE OF TECHNOLOGY;
PRESIDENT ANGEL CABRERA;
DANETTE JOSLYN-GAUL; and
JANE/JOHN DOES 1-3,

     *Defendants.*

Civil Action No.
2023CV389158

## WAIVER OF SERVICE OF SUMMONS

To:    Julie Oinonen
       Williams Oinonen LLC
       3344 Peachtree Rd NE, Suite 800
       Atlanta, Georgia 30326-4807
       *via email to julie@goodgeorgialawyer.com*

I acknowledge receipt of your request that I waive service of a summons in the action of *Dr. Srinivas Garimella vs. Board Of Regents Of The University System Of Georgia; State Of Georgia; Georgia Institute Of Technology; President Angel Cabrera; Danette Joslyn-Gaul; and Jane/John Does 1-3*, which is case number 2023CV389158 in the Superior Court of the State of Georgia in and for the County of Fulton. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I understand that I am entitled to consult with my own attorney regarding the consequences of my signing this waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

1

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This _____ day of _____, 2023.

/s/_____
Katherine Stoff (Ga. Bar No. 536807)
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
*Counsel for Defendant Board Of Regents Of The University System Of Georgia*

2

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DR. SRINIVAS GARIMELLA,

     *Plaintiff,*

v.

BOARD OF REGENTS OF THE UNIVERSITY
SYSTEM OF GEORGIA;
STATE OF GEORGIA;
GEORGIA INSTITUTE OF TECHNOLOGY;
PRESIDENT ANGEL CABRERA;
DANETTE JOSLYN-GAUL; and
JANE/JOHN DOES 1-3,

     *Defendants.*

Civil Action No.
2023CV389158

---

### NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:    Defendant State Of Georgia
      c/o Katherine Stoff, Senior Assistant Attorney General: Section Chief
      Office of the Attorney General Chris Carr
      Government Services & Employment
      Georgia Department of Law
      40 Capitol Square, SW
      Atlanta, Georgia 30334
      *via email to kstoff@law.ga.gov*

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. The complaint has been filed in the Superior Court for the State of Georgia in and for the County of Fulton and has been assigned case number 2023CV389158.

This is not a formal summons or notification from the court, but rather my request pursuant to Code Section 9-11-4 of the Official Code of Georgia Annotated that you sign and return the enclosed Waiver of Service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days (or 60 days if located outside any judicial district of the United States) after the date designated below as the date on which this Notice of Lawsuit and Request for Waiver of Service of Summons is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the Waiver of Service is also attached for your records. YOU ARE ENTITLED TO CONSULT WITH YOUR ATTORNEY REGARDING THIS MATTER.

1

If you comply with this request and return the signed Waiver of Service, the waiver will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed except that you will not be obligated to answer or otherwise respond to the complaint within 60 days from the date designated below as the date on which this notice is sent (or within 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Georgia Rules of Civil Procedure and then, to the extent authorized by those rules, I will ask the court to require you (or the party on whose behalf you are addressed) to pay the full cost of such service. In that connection, please read the statement concerning the duty of parties to avoid unnecessary costs of service of summons, which is set forth on the Notice of Duty to Avoid Unnecessary Costs of Service of Summons enclosed herein.

I affirm that this Notice of Lawsuit and Request for Waiver of Service of Summons is being sent to you on behalf of the Plaintiff on this 28th day of November 2023.
.

**WILLIAMS OINONEN LLC**

/s/ JULIE OINONEN
Julie Oinonen
Ga. Bar No. 722018

3344 Peachtree Rd NE, Suite 800
Atlanta, Georgia 30326-4807
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com
*Counsel for Plaintiff Dr. Srinivas Garimella*

2

## <u>NOTICE OF DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS</u>

Subsection (d) of Code Section 9-11-4 of the Official Code of Georgia Annotated requires certain parties to cooperate in saving unnecessary costs of service of the summons and the pleading. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for such defendant's failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and also must file a signed copy of the response with the court. If the answer is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

3

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| DR. SRINIVAS GARIMELLA, | |
| *Plaintiff,* | Civil Action No. |
| | 2023CV389158 |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; STATE OF GEORGIA; GEORGIA INSTITUTE OF TECHNOLOGY; PRESIDENT ANGEL CABRERA; DANETTE JOSLYN-GAUL; and JANE/JOHN DOES 1-3, | |
| *Defendants.* | |

## <u>WAIVER OF SERVICE OF SUMMONS</u>

To:     Julie Oinonen
         Williams Oinonen LLC
         3344 Peachtree Rd NE, Suite 800
         Atlanta, Georgia 30326-4807
         *via email to julie@goodgeorgialawyer.com*

I acknowledge receipt of your request that I waive service of a summons in the action of *Dr. Srinivas Garimella vs. Board Of Regents Of The University System Of Georgia; State Of Georgia; Georgia Institute Of Technology; President Angel Cabrera; Danette Joslyn-Gaul; and Jane/John Does 1-3,* which is case number 2023CV389158 in the Superior Court of the State of Georgia in and for the County of Fulton. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I understand that I am entitled to consult with my own attorney regarding the consequences of my signing this waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

1

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This _____ day of _____, 2023.

/s/_____
Katherine Stoff (Ga. Bar No. 536807)
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
*Counsel for Defendant State Of Georgia*

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DR. SRINIVAS GARIMELLA,<br><br>    *Plaintiff,*<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY<br>SYSTEM OF GEORGIA;<br>STATE OF GEORGIA;<br>GEORGIA INSTITUTE OF TECHNOLOGY;<br>PRESIDENT ANGEL CABRERA;<br>DANETTE JOSLYN-GAUL; and<br>JANE/JOHN DOES 1-3,<br><br>    *Defendants.* | Civil Action No.<br>2023CV389158 |

## NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:    Defendant Georgia Institute Of Technology
        c/o Katherine Stoff, Senior Assistant Attorney General: Section Chief
        Office of the Attorney General Chris Carr
        Government Services & Employment
        Georgia Department of Law
        40 Capitol Square, SW
        Atlanta, Georgia 30334
        *via email to kstoff@law.ga.gov*

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. The complaint has been filed in the Superior Court for the State of Georgia in and for the County of Fulton and has been assigned case number 2023CV389158.

This is not a formal summons or notification from the court, but rather my request pursuant to Code Section 9-11-4 of the Official Code of Georgia Annotated that you sign and return the enclosed Waiver of Service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days (or 60 days if located outside any judicial district of the United States) after the date designated below as the date on which this Notice of Lawsuit and Request for Waiver of Service of Summons is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the Waiver of Service is also attached for your records. YOU ARE ENTITLED TO CONSULT WITH YOUR ATTORNEY REGARDING THIS MATTER.

1

If you comply with this request and return the signed Waiver of Service, the waiver will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed except that you will not be obligated to answer or otherwise respond to the complaint within 60 days from the date designated below as the date on which this notice is sent (or within 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Georgia Rules of Civil Procedure and then, to the extent authorized by those rules, I will ask the court to require you (or the party on whose behalf you are addressed) to pay the full cost of such service. In that connection, please read the statement concerning the duty of parties to avoid unnecessary costs of service of summons, which is set forth on the Notice of Duty to Avoid Unnecessary Costs of Service of Summons enclosed herein.

I affirm that this Notice of Lawsuit and Request for Waiver of Service of Summons is being sent to you on behalf of the Plaintiff on this 28th day of November 2023.
.

**WILLIAMS OINONEN LLC**

/s/ JULIE OINONEN
Julie Oinonen
Ga. Bar No. 722018

3344 Peachtree Rd NE, Suite 800
Atlanta, Georgia 30326-4807
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com
*Counsel for Plaintiff Dr. Srinivas Garimella*

2

## <u>NOTICE OF DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS</u>

Subsection (d) of Code Section 9-11-4 of the Official Code of Georgia Annotated requires certain parties to cooperate in saving unnecessary costs of service of the summons and the pleading. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for such defendant's failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and also must file a signed copy of the response with the court. If the answer is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DR. SRINIVAS GARIMELLA,

    *Plaintiff,*

v.

BOARD OF REGENTS OF THE UNIVERSITY
SYSTEM OF GEORGIA;
STATE OF GEORGIA;
GEORGIA INSTITUTE OF TECHNOLOGY;
PRESIDENT ANGEL CABRERA;
DANETTE JOSLYN-GAUL; and
JANE/JOHN DOES 1-3,

    *Defendants.*

Civil Action No.
2023CV389158

## WAIVER OF SERVICE OF SUMMONS

To:    Julie Oinonen
        Williams Oinonen LLC
        3344 Peachtree Rd NE, Suite 800
        Atlanta, Georgia 30326-4807
        *via email to julie@goodgeorgialawyer.com*

I acknowledge receipt of your request that I waive service of a summons in the action of *Dr. Srinivas Garimella vs. Board Of Regents Of The University System Of Georgia; State Of Georgia; Georgia Institute Of Technology; President Angel Cabrera; Danette Joslyn-Gaul; and Jane/John Does 1-3,* which is case number 2023CV389158 in the Superior Court of the State of Georgia in and for the County of Fulton. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I understand that I am entitled to consult with my own attorney regarding the consequences of my signing this waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

1

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This _____ day of _____, 2023.

/s/_____
Katherine Stoff (Ga. Bar No. 536807)
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
*Counsel for Defendant Georgia Institute Of Technology*

2

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DR. SRINIVAS GARIMELLA, | |
| *Plaintiff,* | Civil Action No. 2023CV389158 |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; STATE OF GEORGIA; GEORGIA INSTITUTE OF TECHNOLOGY; PRESIDENT ANGEL CABRERA; DANETTE JOSLYN-GAUL; and JANE/JOHN DOES 1-3, | |
| *Defendants.* | |

## NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:    Defendant President Angel Cabrera
        c/o Katherine Stoff, Senior Assistant Attorney General: Section Chief
        Office of the Attorney General Chris Carr
        Government Services & Employment
        Georgia Department of Law
        40 Capitol Square, SW
        Atlanta, Georgia 30334
        *via email to kstoff@law.ga.gov*

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. The complaint has been filed in the Superior Court for the State of Georgia in and for the County of Fulton and has been assigned case number 2023CV389158.

This is not a formal summons or notification from the court, but rather my request pursuant to Code Section 9-11-4 of the Official Code of Georgia Annotated that you sign and return the enclosed Waiver of Service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days (or 60 days if located outside any judicial district of the United States) after the date designated below as the date on which this Notice of Lawsuit and Request for Waiver of Service of Summons is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the Waiver of Service is also attached for your records. YOU ARE ENTITLED TO CONSULT WITH YOUR ATTORNEY REGARDING THIS MATTER.

1

If you comply with this request and return the signed Waiver of Service, the waiver will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed except that you will not be obligated to answer or otherwise respond to the complaint within 60 days from the date designated below as the date on which this notice is sent (or within 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Georgia Rules of Civil Procedure and then, to the extent authorized by those rules, I will ask the court to require you (or the party on whose behalf you are addressed) to pay the full cost of such service. In that connection, please read the statement concerning the duty of parties to avoid unnecessary costs of service of summons, which is set forth on the Notice of Duty to Avoid Unnecessary Costs of Service of Summons enclosed herein.

I affirm that this Notice of Lawsuit and Request for Waiver of Service of Summons is being sent to you on behalf of the Plaintiff on this 28th day of November 2023.
.

**WILLIAMS OINONEN LLC**

/s/ JULIE OINONEN
Julie Oinonen
Ga. Bar No. 722018

3344 Peachtree Rd NE, Suite 800
Atlanta, Georgia 30326-4807
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com
*Counsel for Plaintiff Dr. Srinivas Garimella*

2

## <u>NOTICE OF DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS</u>

Subsection (d) of Code Section 9-11-4 of the Official Code of Georgia Annotated requires certain parties to cooperate in saving unnecessary costs of service of the summons and the pleading. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for such defendant's failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and also must file a signed copy of the response with the court. If the answer is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| DR. SRINIVAS GARIMELLA, | |
| *Plaintiff,* | Civil Action No. 2023CV389158 |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; STATE OF GEORGIA; GEORGIA INSTITUTE OF TECHNOLOGY; PRESIDENT ANGEL CABRERA; DANETTE JOSLYN-GAUL; and JANE/JOHN DOES 1-3, | |
| *Defendants.* | |

## <u>WAIVER OF SERVICE OF SUMMONS</u>

To:     Julie Oinonen
         Williams Oinonen LLC
         3344 Peachtree Rd NE, Suite 800
         Atlanta, Georgia 30326-4807
         *via email to julie@goodgeorgialawyer.com*

I acknowledge receipt of your request that I waive service of a summons in the action of *Dr. Srinivas Garimella vs. Board Of Regents Of The University System Of Georgia; State Of Georgia; Georgia Institute Of Technology; President Angel Cabrera; Danette Joslyn-Gaul; and Jane/John Does 1-3*, which is case number 2023CV389158 in the Superior Court of the State of Georgia in and for the County of Fulton. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I understand that I am entitled to consult with my own attorney regarding the consequences of my signing this waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This _____ day of _____, 2023.

/s/_____
Katherine Stoff (Ga. Bar No. 536807)
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
*Counsel for Defendant President Angel Cabrera*

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| DR. SRINIVAS GARIMELLA,<br><br>  *Plaintiff,*<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY<br>SYSTEM OF GEORGIA;<br>STATE OF GEORGIA;<br>GEORGIA INSTITUTE OF TECHNOLOGY;<br>PRESIDENT ANGEL CABRERA;<br>DANETTE JOSLYN-GAUL; and<br>JANE/JOHN DOES 1-3,<br><br>  *Defendants.* | Civil Action No.<br>2023CV389158 |

<u>**NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**</u>

TO: Defendant Danette Joslyn-Gaul
   c/o Katherine Stoff, Senior Assistant Attorney General: Section Chief
   Office of the Attorney General Chris Carr
   Government Services & Employment
   Georgia Department of Law
   40 Capitol Square, SW
   Atlanta, Georgia 30334
   *via email to kstoff@law.ga.gov*

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. The complaint has been filed in the Superior Court for the State of Georgia in and for the County of Fulton and has been assigned case number 2023CV389158.

This is not a formal summons or notification from the court, but rather my request pursuant to Code Section 9-11-4 of the Official Code of Georgia Annotated that you sign and return the enclosed Waiver of Service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days (or 60 days if located outside any judicial district of the United States) after the date designated below as the date on which this Notice of Lawsuit and Request for Waiver of Service of Summons is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the Waiver of Service is also attached for your records. YOU ARE ENTITLED TO CONSULT WITH YOUR ATTORNEY REGARDING THIS MATTER.

1

If you comply with this request and return the signed Waiver of Service, the waiver will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed except that you will not be obligated to answer or otherwise respond to the complaint within 60 days from the date designated below as the date on which this notice is sent (or within 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Georgia Rules of Civil Procedure and then, to the extent authorized by those rules, I will ask the court to require you (or the party on whose behalf you are addressed) to pay the full cost of such service. In that connection, please read the statement concerning the duty of parties to avoid unnecessary costs of service of summons, which is set forth on the Notice of Duty to Avoid Unnecessary Costs of Service of Summons enclosed herein.

I affirm that this Notice of Lawsuit and Request for Waiver of Service of Summons is being sent to you on behalf of the Plaintiff on this 28th day of November 2023.
.

**WILLIAMS OINONEN LLC**

/s/ JULIE OINONEN
Julie Oinonen
Ga. Bar No. 722018

3344 Peachtree Rd NE, Suite 800
Atlanta, Georgia 30326-4807
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com
*Counsel for Plaintiff Dr. Srinivas Garimella*

2

## <u>NOTICE OF DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS</u>

Subsection (d) of Code Section 9-11-4 of the Official Code of Georgia Annotated requires certain parties to cooperate in saving unnecessary costs of service of the summons and the pleading. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for such defendant's failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and also must file a signed copy of the response with the court. If the answer is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| DR. SRINIVAS GARIMELLA,<br><br>    *Plaintiff,*<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY<br>SYSTEM OF GEORGIA;<br>STATE OF GEORGIA;<br>GEORGIA INSTITUTE OF TECHNOLOGY;<br>PRESIDENT ANGEL CABRERA;<br>DANETTE JOSLYN-GAUL; and<br>JANE/JOHN DOES 1-3,<br><br>    *Defendants.* | Civil Action No.<br>2023CV389158 |

**WAIVER OF SERVICE OF SUMMONS**

To:    Julie Oinonen
        Williams Oinonen LLC
        3344 Peachtree Rd NE, Suite 800
        Atlanta, Georgia 30326-4807
        *via email to julie@goodgeorgialawyer.com*

I acknowledge receipt of your request that I waive service of a summons in the action of *Dr. Srinivas Garimella vs. Board Of Regents Of The University System Of Georgia; State Of Georgia; Georgia Institute Of Technology; President Angel Cabrera; Danette Joslyn-Gaul; and Jane/John Does 1-3*, which is case number 2023CV389158 in the Superior Court of the State of Georgia in and for the County of Fulton. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I understand that I am entitled to consult with my own attorney regarding the consequences of my signing this waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

1

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This _____ day of _____, 2023.

/s/_____
Katherine Stoff (Ga. Bar No. 536807)
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
*Counsel for Defendant Danette Joslyn-Gaul*

2