IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DR. SRINIVAS GARIMELLA,<br><br>    *Plaintiff,*<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA;<br>STATE OF GEORGIA;<br>GEORGIA INSTITUTE OF TECHNOLOGY;<br>PRESIDENT ANGEL CABRERA;<br>DANETTE JOSLYN-GAUL; and<br>JANE/JOHN DOES 1-3,<br><br>    *Defendants.* | Civil Action No.<br>2023CV389158 |

## WAIVER OF SERVICE OF SUMMONS

To:   Julie Oinonen
      Williams Oinonen LLC
      3344 Peachtree Rd NE, Suite 800
      Atlanta, Georgia 30326-4807
      *via email to julie@goodgeorgialawyer.com*

I acknowledge receipt of your request that I waive service of a summons in the action of *Dr. Srinivas Garimella vs. Board Of Regents Of The University System Of Georgia; State Of Georgia; Georgia Institute Of Technology; President Angel Cabrera; Danette Joslyn-Gaul; and Jane/John Does 1-3*, which is case number 2023CV389158 in the Superior Court of the State of Georgia in and for the County of Fulton. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I understand that I am entitled to consult with my own attorney regarding the consequences of my signing this waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

1

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This   27th   day of  December  , 2023.

/s/*Kimberly Blue Lewis*
~~Katherine Stoff (Ga. Bar No. 536807)~~ Kimberly Blue Lewis (Ga. Bar No. 451925)
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
Phone Number:  404-458-3538
Email: klewis@law.ga.gov
*Counsel for Defendant State Of Georgia*

2