IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DR. SRINIVAS GARIMELLA,         )<br>                                                    )<br>Plaintiff,                              )<br>                                                    )<br>v.                                              )<br>                                                    )<br>BOARD OF REGENTS OF THE  )<br>UNIVERSITY OF GEORGIA;      )<br>STATE OF GEORGIA; GEORGIA)<br>INSTITUTE OF TECHNOLOGY; )<br>PRESIDENT ANGEL CABRERA; )<br>DANETTE JOSLYN-GAUL; and  )<br>JANE/JOHN DOES 1-3,                )<br>                                                    )<br>Defendants.                           ) | CIVIL ACTION NO.<br><br>2023CV389158 |

## SUPERIOR COURT NOTICE OF REMOVAL

**TO:** The Honorable Paige Reese Witaker, Judge of Superior Court of Fulton County, State of Georgia; Ché Alexander, Clerk of the Superior Court of Fulton County, State of Georgia; and Julie Oinonen, Esq., Counsel for Plaintiff.

Please take notice that on December 27, 2023, Board of Regents of the University System of Georgia, State of Georgia, Georgia Institute of Technology, President Angel Cabrera, and Danette Joslyn-Gaul, Defendants in the above-styled action, by and through counsel, the Attorney General of the State of Georgia, filed in the United States District Court for the Northern District of Georgia, Atlanta

1

Division, a Notice of Removal of this action subject to and without waiving any defenses available to Defendants under state and federal law. Defendants Board of Regents of the University System of Georgia, State of Georgia, Georgia Institute of Technology, President Angel Cabrera, and Danette Joslyn-Gaul consent to the removal of this action. A copy of the Notice of Removal filed in the United States District Court for the Northern District of Georgia, Atlanta Division is attached hereto as Exhibit "1." Defendants hereby give notice of such removal in accordance with the provisions of federal law. By virtue of said law, this case is now removed to United States District Court for the Northern District of Georgia, Atlanta Division, and further proceedings in the Superior Court of Fulton County, State of Georgia are stayed.

Respectfully submitted, this 27th day of December, 2023.

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| BRYAN K. WEBB<br>Deputy Attorney General | 743580 |
| KATHERINE P. STOFF<br>Senior Assistant Attorney General | 536807 |
| */s/Kimberly Blue Lewis*<br>KIMBERLY BLUE LEWIS<br>Senior Assistant Attorney General | 451925 |

*Attorneys for Defendants*
Department of Law, State of Georgia
40 Capitol Square, S.W.

Atlanta, Georgia 30334-1300
Telephone: 404- 458-3538
klewis@law.ga.gov

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DR. SRINIVAS GARIMELLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| BOARD OF REGENTS OF THE ) | 2023CV389158 |
| UNIVERSITY OF GEORGIA; ) | |
| STATE OF GEORGIA; GEORGIA ) | |
| INSTITUTE OF TECHNOLOGY; ) | |
| PRESIDENT ANGEL CABRERA; ) | |
| DANETTE JOSLYN-GAUL; and ) | |
| JANE/JOHN DOES 1-3, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I have caused to be served upon Plaintiff's counsel a copy of the within and foregoing **SUPERIOR COURT NOTICE OF REMOVAL** on the same day as filing the document with the Court's e-filing system, by one or more of the following methods: by emailing a copy via the Court's e-filing system, by sending a copy via U.S. Mail with sufficient postage, or by sending a copy via Federal Express, and properly addressed as follows:

Julie Oinonen
Williams Oinonen LLC
3444 Peachtree Rd. N.E. | Suite 800

Atlanta, Georgia 30326-4807
Julie@goodgeorgialawyer.com

This 27th day of December, 2023.

      */s/Kimberly Blue Lewis*
      KIMBERLY B. LEWIS      451925
      Senior Assistant Attorney General

      *Attorney for Defendant*
      Department of Law, State of Georgia
      40 Capitol Square, S.W.
      Atlanta, Georgia 30334-1300
      Telephone: 404- 458-3538
      klewis@law.ga.gov