**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DR. SRINIVAS GARIMELLA, | |
| *Plaintiff,* | Civil Action No. 1:23-cv-05979-TWT |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al., | JURY TRIAL DEMANDED |
| *Defendants.* | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' CONSOLIDATED SECOND MOTION TO DISMISS IN LIEU OF ANSWER

COMES NOW Plaintiff, Dr. Srinivas Garimella, and submits the following response to Defendants' motion:

Granting Defendant's Motion to Dismiss Plaintiff's claims in entirety would violate his United States Constitutional rights which hold: "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws." U.S. Const. amend. XIV.

Pursuant to Rule 41, Plaintiff moves the Court to dismiss his case without prejudice so he may amend and refile leaving only his due process and breach of contract claims.

Respectfully submitted this 7th of February 2024,

**WILLIAMS OINONEN LLC**

/s/ JULIE OINONEN
Julie Oinonen (Ga. Bar No. 722018)
*Counsel for Plaintiff*

3344 Peachtree Rd NE, Suite 800
Atlanta, Georgia 30326-4807
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing has been prepared using Times New Roman 14-point font in compliance with LR 5.1(B).

/s/ JULIE OINONEN
Julie Oinonen (Ga. Bar No. 722018)

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be electronically filed the foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS' CONSOLIDATED SECOND MOTION TO DISMISS IN LIEU OF ANSWER with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Kimberly Blue Lewis
> Zachary Johnson
> Georgia Department of Law
> 40 Capitol Square, S.W.
> Atlanta, Georgia 30334
> klewis@law.ga.gov
> zjohnson@law.ga.gov
> *Counsel for Defendants*

Respectfully submitted this 7th of February 2024,

**WILLIAMS OINONEN LLC**

/s/ JULIE OINONEN
Julie Oinonen (Ga. Bar No. 722018)
*Counsel for Plaintiff*

3344 Peachtree Rd NE, Suite 800
Atlanta, Georgia 30326-4807
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com

4