IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DR. SRINIVAS GARIMELLA,

    Plaintiff,

      v.

BOARD OF REGENTS OF THE
UNIVERSITY SYSTEM OF GEORGIA,
et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:23-CV-5979-TWT

## ORDER

This is a civil rights case arising out of the Plaintiff's employment as a professor at Georgia Tech. It is before the Court on the Defendants' Second Motion to Dismiss [Doc. 6]. In response to the Second Motion to Dismiss, the Plaintiff states that he seeks dismissal of his case without prejudice "[p]ursuant to Rule 41." He asserts that he moves for dismissal "so he may amend and refile leaving only his due process and breach of contract claims." Prior to ruling on the Defendants' Motion or taking action on the Plaintiff's request, the Court seeks clarification on whether the Plaintiff is seeking leave to amend or a voluntary dismissal. If the Court grants the Plaintiff's request under Rule 41, then it would no longer have jurisdiction over the case. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012) ("A district court loses all power over determinations of the merits of a case when it is voluntarily dismissed." (citation omitted)). At that point, the Plaintiff

would no longer be able to file an amended complaint in this case and instead would have to commence a new action.

If the Plaintiff seeks to amend and refile the First Amended Complaint, the Court DIRECTS the Plaintiff to file a proper Motion for Leave to Amend within 14 days of this Order. *See Newton v. Duke Energy Fla.,* LLC, 895 F.3d 1270, 1277 (11th Cir. 2018) ("Where a request for leave to file an amended complaint simply is imbedded within an opposition memorandum, the issue has not been raised properly." (alteration and citation omitted)). On the other hand, if the Plaintiff seeks voluntary dismissal of the action, the Court DIRECTS the Plaintiff to file a notice stating that intention within 14 days of this Order.

SO ORDERED, this ___29th___ day of March, 2024.

THOMAS W. THRASH, JR.
United States District Judge

2