# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DR. SRINIVAS GARIMELLA,<br><br>   *Plaintiff,*<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,<br><br>   *Defendants.* | Civil Action No.<br>1:23-cv-05979-TWT<br><br><br>JURY TRIAL DEMANDED |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Dr. Srinivas Garimella, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby voluntarily dismisses the above styled action without prejudice.

Respectfully submitted this 12th day of April 2024,

**WILLIAMS OINONEN LLC**

/s/ JULIE OINONEN
Julie Oinonen (Ga. Bar No. 722018)
*Counsel for Plaintiff*

3344 Peachtree Rd NE, Suite 800
Atlanta, Georgia 30326-4807
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com

1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing has been prepared using Times New Roman 14-point font in compliance with LR 5.1(B).

/s/ JULIE OINONEN
Julie Oinonen (Ga. Bar No. 722018)

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be electronically filed the foregoing DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Kimberly Blue Lewis
> Zachary Johnson
> Georgia Department of Law
> 40 Capitol Square, S.W.
> Atlanta, Georgia 30334
> klewis@law.ga.gov
> zjohnson@law.ga.gov
> *Counsel for Defendants*

Respectfully submitted this 12th day of April 2024,

**WILLIAMS OINONEN LLC**

/s/ JULIE OINONEN
Julie Oinonen (Ga. Bar No. 722018)
*Counsel for Plaintiff*

3344 Peachtree Rd NE, Suite 800
Atlanta, Georgia 30326-4807
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com

3